

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00248-CR

**WAYMON LEON WEBSTER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 15-02647-CRM-85

## O R D E R

Appellant's Motion to Extend Time to filed appellant's brief was filed on December 6, 2016.[1] An appellant's brief is due 30 days after the clerk's record or the court reporter is filed, whichever is later. TEX. R. APP. P. 38.6(a). The Clerk's record in this appeal was filed on December 1, 2016. The reporter's record has not yet been filed. Thus, appellant's brief is not due.

---

[1] Although not relevant due to our disposition of this motion, appellant also has two other pending appeals in an identical procedural posture; but no motion was filed in either of them. Appellant's counsel does not explain in this motion why it would apply in only one of the three appeals.

Accordingly, appellant's motion to extend time is dismissed as moot without prejudice to filing an extension as needed in the future.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion dismissed
Order issued and filed December 14, 2016

